### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**WILLIAM PARKER,**
**ADC #161460**                                                                                **PLAINTIFF**

**V.**                                **CASE NO. 3:15-CV-365 SWW/BD**

**BLAINE CAGLE, et al.**                                                              **DEFENDANTS**

### ORDER

William Parker, an inmate at the Greene County Detention Facility ("Detention

Facility"), filed this lawsuit pro se under 42 U.S.C. § 1983.  (Docket entry #2)  Mr. Parker

makes a variety of constitutional claims in his complaint.  Mr. Parker alleges that he has

been denied adequate nutrition while he has been housed at the Detention Facility; that he

has not been allowed out of his cell for long periods of time; that Detention Facility

employees have tampered with his mail; and that Defendants have used excessive force

against him on multiple occasions.

Mr. Parker may not include multiple, unrelated incidents in this one lawsuit.  He

must file an amended complaint that includes claims arising from one incident.  For

example, Mr. Parker may choose to proceed on his claim that Defendant Cagle used

excessive force against him on October 22, 2015, or that Defendant Croker used

excessive force against him on another occasion, but he cannot proceed on both claims.

Furthermore, Mr. Parker identifies the Detention Facility as a Defendant, but the

Detention Facility is not considered a "person" that can be sued under § 1983.  See *La*

*Garza v. Kandiyohi County Jail*, 18 Fed. Appx. 436 (8th Cir. 2001) (unpub. table op.)

(affirming dismissal of county jail on grounds that a jail is not an entity subject to suit under § 1983).

Mr. Parker has thirty days to file an amended complaint.  Failure to comply with this order could result in the dismissal of this lawsuit, without prejudice.  Local Rule 5.5.

IT IS SO ORDERED, this 23rd day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE