# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

WILLIAM PARKER,
ADC #161460                                                                                           PLAINTIFF

V.                            CASE NO. 3:15-CV-365 BRW/BD

BLAINE CAGLE, et al.                                                                              DEFENDANTS

## ORDER

William Parker, a pro se plaintiff, was ordered to file an amended complaint on November 23, 2015, if he wanted to pursue constitutional claims under 42 U.S.C. § 1983. (Docket entry #5)

On December 15, 2015, Mr. Parker provided the Court a new address, but he has not filed an amended complaint. Mr. Parker has thirty days to notify the Court that he wants to proceed with this lawsuit and, if so, to file an amended complaint. His amended complaint may include only one constitutional claim.

If Mr. Parker fails to respond to this Court's order, the Court may conclude that he no longer seeks to pursue his claims. Unless he responds, he risks having his claims dismissed, without prejudice, based on his failure to prosecute.

IT IS SO ORDERED, this 15th day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE