# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**WILLIAM PARKER,**
**ADC #161460**                                                                                                **PLAINTIFF**

**VS**                                              **3:15-CV-365 BRW/BD**

**BLAINE CAGLE,** *et al.*                                                                              **DEFENDANTS**

## ORDER

On November 23, 2015, Plaintiff William Parker was ordered to file an amended complaint within thirty days. (Docket entry #5) His November 13, 2015 complaint (#2) could not proceed as written because it included multiple, unrelated claims that could not reasonably be tried in one lawsuit.

On December 15, 2015, Mr. Parker filed notice of a new address, but did not file an amended complaint, as ordered. (#12) On January 15, 2016, the Court allowed Mr. Parker an additional thirty days to file an amended complaint. (#14) Mr. Parker was specifically cautioned that if he failed to respond, he risked having his claims dismissed, without prejudice, based on his failure to prosecute.

To date, Mr. Parker has not amended his complaint or otherwise responded to the January 15, 2016 Order, and the time for doing so has passed. Accordingly, this case is DISMISSED for failure to prosecute and failure to comply with the court's January 15, 2016 Order.[1]

IT IS SO ORDERED this 19th day of February, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See Local Rule 5.5(c)(2).