IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLIAM PARKER,**
**ADC #161460**                                                                                             **PLAINTIFF**

**VS**                            **3:15-CV-365 BRW/BD**

**BLAINE CAGLE,** *et al.*                                                               **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 19th day of February, 2016.

                                                       /s/ Billy Roy Wilson
                                                     UNITED STATES DISTRICT JUDGE